| From: | cmecfautosender@flsd.uscourts.gov |
|-------|-----------------------------------|
| To: | flsd_cmecf_notice@flsd.uscourts.gov |
| Date: | 02/18/2016 01:56 PM |
| Subject: | Activity in Case 0:16-mj-06062-BSS USA v. Hamidullah Notice of Criminal Transfer |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 2/18/2016 at 1:54 PM EST and filed on 2/18/2016

| | |
|---|---|
| **Case Name:** | USA v. Hamidullah |
| **Case Number:** | 0:16-mj-06062-BSS |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**
**Notice of Criminal Transfer to Middle District of Florida of a Rule 5 or Rule 32 Initial Appearance as to Abdullah Hamidullah. Your case number is: 6:16-CR-27-ORL-41-KRS. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305-523-5210. _Attention Receiving Court_: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov. (dby)**

**0:16-mj-06062-BSS-1 Notice has been electronically mailed to:**

M. Catherine Koontz    Catherine.Koontz@usdoj.gov, usafls-brdkt@usdoj.gov

**0:16-mj-06062-BSS-1 Notice has not been delivered electronically to those listed below and**

**will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

The following document(s) are associated with this transaction:


**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=2/18/2016] [FileNumber=14792662-0] [14f9d0650a42eb0a3ae20aac571b503f32938a930bebd7d583e4068a878ff37336 51b0d2de1f668556f4a1d92cf055e6ba8daa67897ed3e73e7364bee9c6669b]]

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
## CRIMINAL DOCKET FOR CASE #: 0:16−mj−06062−BSS−1

Case title: USA v. Hamidullah

Date Filed: 02/18/2016
Date Terminated: 02/18/2016

Assigned to: Magistrate Judge Barry S. Seltzer

### Defendant (1)

**Abdullah Hamidullah**
12988−104
*YOB 1974 English*
*TERMINATED: 02/18/2016*
*also known as*
Abdullah Hamid
*TERMINATED: 02/18/2016*
*also known as*
Abdullah Al Hamid
*TERMINATED: 02/18/2016*
*also known as*
Supafly
*TERMINATED: 02/18/2016*

| Pending Counts | Disposition |
|---|---|
| None | |

### Highest Offense Level (Opening)

None

| Terminated Counts | Disposition |
|---|---|
| None | |

### Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| 18:1594C.F, 18:1591.F, 18:2421.F, 18:2422.F, 18:1952−7470.F, 18:1028A.F, 18:1594C.F, 18:1594C.F | |

### Plaintiff

**USA**                                          represented by  **M. Catherine Koontz**
                                                                 United States Attorney's Office
                                                                 Fort Lauderdale, FL
                                                                 954–660–5940
                                                                 Email: Catherine.Koontz@usdoj.gov
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/17/2016 | | | Arrest of Abdullah Hamidullah (dd) (Entered: 02/18/2016) |
| 02/18/2016 | 1 | 4 | Magistrate Removal of Indictment from MD/FL Case number in the other District 6:16cr27–Orl–41–KRS as to Abdullah Hamidullah (1). (dd) (Entered: 02/18/2016) |
| 02/18/2016 | 2 | 12 | Report Commencing Criminal Action as to Abdullah Hamidullah – YOB: **/**/1974 Prisoner #: 12988–104 (dd) (Entered: 02/18/2016) |
| 02/18/2016 | 3 | 13 | NOTICE OF HEARING as to Abdullah Hamidullah Initial Appearance set for 2/18/2016 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. (dd) (Entered: 02/18/2016) |
| 02/18/2016 | | | Set Hearings as to Abdullah Hamidullah: Initial Appearance – Rule 5(c)(3)/40 set for 2/18/2016 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. (at) (Entered: 02/18/2016) |
| 02/18/2016 | 4 | 14 | Order on Initial Appearance as to Abdullah Hamidullah for proceeding held on 2/18/2016. Defendant will hire own attorney in Orlando. Defendant waived removal. Defendant deferred bond hearing. Commitment order signed. Signed by Magistrate Judge Barry S. Seltzer on 2/18/2016. (dby) (Entered: 02/18/2016) |
| 02/18/2016 | 5 | 16 | Minute Entry for proceedings held before Magistrate Judge Barry S. Seltzer: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Abdullah Hamidullah held on 2/18/2016. Government moves to unseal Indictment – Granted. Defendant wishes to waive removal hearing. Waiver signed. Bond hearing deferred until his return to the Middle District Florida. Commitment order signed. (Digital 11:05:01 / 11:22:55) (dby) (Entered: 02/18/2016) |
| 02/18/2016 | 6 | 17 | WAIVER of Removal Hearing by Abdullah Hamidullah (dby) (Entered: 02/18/2016) |
| 02/18/2016 | 7 | 18 | Order to Unseal as to Abdullah Hamidullah.. Signed by Magistrate Judge Barry S. Seltzer on 2/18/2016. (dby) (Entered: 02/18/2016) |
| 02/18/2016 | 8 | 19 | COMMITMENT TO ANOTHER DISTRICT as to Abdullah Hamidullah. Defendant committed to District of Middle District of Florida. Closing Case for Defendant. Signed by Magistrate Judge Barry S. Seltzer on 2/18/2016. (dby)  **NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and** |

| | | | **Administrative Order 2014–69.** (Entered: 02/18/2016) |

SEALED

FILED

16- 6062-BSS

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2016 FEB 10 PM 1:46

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

ABDULLAH HAMIDULLAH
  a/k/a Abdullah Hamid
  a/k/a Abdullah Al Hamid
  a/k/a "Supafly"

CHRISTINA LYNN DAVIS
  a/k/a Christina Hamid

CASE NO. 6:16-cr- 27-Or1-41-KRS

18 U.S.C. § 1594(c)
18 U.S.C. § 1591(a)
18 U.S.C. § 2421
18 U.S.C. § 2422(a)
18 U.S.C. § 1952(a)(3)
18 U.S.C. § 1028(a)(7)
18 U.S.C. § 981(a)(1)(C) -Forfeiture
18 U.S.C. § 982 - Forfeiture
18 U.S.C. § 1594 – Forfeiture
18 U.S.C. § 2428 – Forfeiture
18 U.S.C. § 1028 - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning in or about November 2010 and continuing through in or about January 2013, in Orange County, in the Middle District of Florida, and elsewhere,

**ABDULLAH HAMIDULLAH**
**a/k/a Abdullah Hamid**
**a/k/a Abdullah Al Hamid**
**a/k/a "Supafly"**

the defendant herein, did knowingly combine, conspire, and agree with other persons both known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1591(a), that is, in and affecting interstate and foreign commerce, to knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, knowing and in reckless disregard of the fact

4

that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause that person to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1594(c).

## COUNT TWO

Beginning in or about November 2010 and continuing through in or about February 2011, in Orange County, in the Middle District of Florida, and elsewhere,

**ABDULLAH HAMIDULLAH**
**a/k/a Abdullah Hamid**
**a/k/a Abdullah Al Hamid**
**a/k/a "Supafly"**

the defendant herein, in and affecting interstate and foreign commerce, and aiding and abetting others known and unknown to the Grand Jury, attempted to and did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means A.W., an adult female whose identity is known to the Grand Jury, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used and were used to cause A.W. to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a), 1591(b)(1), 1594(a), and 2.

## COUNT THREE

Beginning in or about December 2010 and continuing through in or about January 2011, in Orange County, in the Middle District of Florida, and elsewhere,

2

**ABDULLAH HAMIDULLAH**
**a/k/a Abdullah Hamid**
**a/k/a Abdullah Al Hamid**
**a/k/a "Supafly"**

the defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly transport A.W., an adult female whose identity is known to the Grand Jury, in interstate commerce, from Florida to Washington, D.C., with the intent that A.W. engage in prostitution.

All in violation of Title 18, United States Code, Sections 2421 and 2.

## COUNT FOUR

Beginning in or about December 2010 and continuing through in or about January 2011, in Orange County, in the Middle District of Florida, and elsewhere,

**ABDULLAH HAMIDULLAH**
**a/k/a Abdullah Hamid**
**a/k/a Abdullah Al Hamid**
**a/k/a "Supafly"**

the defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly persuade, induce, and entice L.P., an adult female whose identity is known to the Grand Jury, to travel in interstate commerce, from Florida to Washington, D.C., with the intent that L.P. engage in prostitution; and attempted to do so.

All in violation of Title 18, United States Code, Sections 2422(a) and 2.

## COUNT FIVE

Beginning in or about December 2010 and continuing through in or about January 2011, in Orange County, in the Middle District of Florida, and elsewhere,

3

**ABDULLAH HAMIDULLAH**
**a/k/a Abdullah Hamid**
**a/k/a Abdullah Al Hamid**
**a/k/a "Supafly"**

the defendant herein, aiding and abetting others known and unknown to the

Grand Jury, did knowingly persuade, induce, and entice T.R., an adult female

whose identity is known to the Grand Jury, to travel in interstate commerce, from

Florida to Washington, D.C., with the intent that T.R. engage in prostitution; and

attempted to do so.

All in violation of Title 18, United States Code, Sections 2422(a) and 2.

## COUNT SIX

Beginning in or about March 2011 and continuing through in or about

January 2013, in Orange County, in the Middle District of Florida, and elsewhere,

**CHRISTINA LYNN DAVIS**
**a/k/a Christina Hamid**

the defendant herein, aiding and abetting others known and unknown to the

Grand Jury, traveled in interstate commerce, and used facilities in interstate

commerce, that is the Internet, electronic mail, and cellular telephones, with the

intent to promote, manage, establish, carry on, and facilitate the promotion,

management, establishment, and carrying on of an unlawful activity, that is,

prostitution in violation of Florida Statute Sections 796.07(2)(e) and (h), and

thereafter knowingly performed an act to promote, manage, establish, carry on,

and facilitate the promotion, management, establishment, and carrying on of an

unlawful activity, that is, prostitution in violation of Florida Statute Sections

4

796.07(2)(e) and (h).

All in violation of Title 18, United States Code, Sections 1952(a)(3) and 2.

## COUNT SEVEN

Beginning in or about November 2011 and continuing through in or about January 2013, in Orange County, in the Middle District of Florida, and elsewhere,

**CHRISTINA LYNN DAVIS**
**a/k/a Christina Hamid**

the defendant, did knowingly possess and use, in and affecting interstate commerce, without lawful authority, a means of identification of another person, to wit, the Florida driver's license of K.T., whose identity is known to the Grand Jury, knowing that the means of identification belonged to another actual person, with the intent to commit, and to aid and abet, and in connection with, an unlawful activity that constitutes a violation of federal law, to wit: the unlawful activity charged in Count Six of the Indictment, which constitutes a violation of Title 18, United States Code, Section 1952(a)(3).

All in violation of Title 18, United States Code, Sections 1028(a)(7), (b)(2)(B), and (c)(3)(A).

## FORFEITURES

1.    The allegations contained in Counts One through Seven of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2)(B), 1028(b)(5), 1594, 2428, and Title 28, United States Code, Section 2461(c).

5

2.     Upon conviction of the violations alleged in Counts One and Two of this Indictment, the defendant, **ABDULLAH HAMIDULLAH, a/k/a Abdullah Hamid, a/k/a Abdullah Al Hamid, a/k/a "Supafly,"** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1594, any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense.

3.     Upon conviction of a violations alleged in Counts Three through Five of this Indictment, the defendant, **ABDULLAH HAMIDULLAH, a/k/a Abdullah Hamid, a/k/a Abdullah Al Hamid, a/k/a "Supafly,"** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense.

4.     Upon conviction of the violation alleged in Count Six of this Indictment, the defendant, **CHRISTINA LYNN DAVIS, a/k/a Christina Hamid,** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

6

5.      Upon conviction of the violation alleged in Count Seven of this Indictment, the defendant, **CHRISTINA LYNN DAVIS, a/k/a Christina Hamid,** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation and pursuant to Title 18, United States Code, Section 1028(b)(5), any personal property used or intended to be used to commit the offense.

6.      If any of the property described above, as a result of any act or omission of the defendants:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third person;

        c.      has been placed beyond the jurisdiction of the Court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be subdivided without difficulty;

7

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1), 1028(g), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Katherine M. Ho
Assistant United States Attorney
Chief, Orlando Division

By: _____
Ilianys Rivera Miranda
Assistant United States Attorney

By: _____
William E. Nolan
Trial Attorney, Civil Rights Division

8

11

**UNITED STATES DISTRICT COURT**
*Southern District of Florida*    16-6062.BSS

UNITED STATES OF AMERICA    )    Case Number: CR 16-6062.BSS
                Plaintiff )
                )    REPORT COMMENCING CRIMINAL
        -vs-            )        ACTION
Abdullah Hamid    )    12988 104
        Defendant        USMS NUMBER
*****************************************************************
TO:  Clerk's Office    MIAMI  FT. LAUDERDALE  W. PALM BEACH
    U.S. District Court        FT. PIERCE
                (circle one of above)
NOTE:  CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
    MAGISTRATES COURT ABOVE.
*****************************************************************
All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 2/17/16  10:30    am/pm

(2)  Language Spoken: English

(3)  Offense(s) Charged: 18 USC 1591  Sex trafficking

(4)  U.S. Citizen  [✓] Yes    [ ] No   [ ] Unknown

(5)  Date of Birth: 1/8/74

(6)  Type of Charging Document:  (check one)
    [X] Indictment   [ ] Complaint to be filed/already filed
    Case#_____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Middle District of Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES   [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7)  Remarks: _____

(8)  Date: 2/17/16    (9) Arresting Officer: O Torres

(10) Agency: HSI            (11) Phone: (786)374-3493

(12) Comments: _____

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: M. Catherine Koontz (catherine.koontz@usdoj.gov,
usafls-brdkt@usdoj.gov), Magistrate Judge Barry S. Seltzer (seltzer@flsd.uscourts.gov)
--Non Case Participants: United States Pretrial, Probation and PSIunit Office (Court Desk)
(flsp_cd@flsp.uscourts.gov)
--No Notice Sent:

Message-Id:14791028@flsd.uscourts.gov
Subject:Activity in Case 0:16-mj-06062-BSS USA v. Hamidullah Notice of Hearing
```
Content–Type: text/html

## U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 2/18/2016 at 10:23 AM EST and filed on 2/18/2016

| | |
|---|---|
| **Case Name:** | USA v. Hamidullah |
| **Case Number:** | 0:16–mj–06062–BSS |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
 **NOTICE OF HEARING as to Abdullah Hamidullah Initial Appearance set for 2/18/2016 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. (dd)**


**0:16–mj–06062–BSS–1 Notice has been electronically mailed to:**

M. Catherine Koontz   Catherine.Koontz@usdoj.gov, usafls–brdkt@usdoj.gov


**0:16–mj–06062–BSS–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 16-6062-SELTZER

UNITED STATES OF AMERICA

      Plaintiff,

vs

ABDULLAH HAMIDULLAH,

      Defendant.

**ORDER ON INITIAL APPEARANCE**
**Language: English   USPO:**

AUSA: C. Koontz (S. Behnke Duty)

---

      The above-named defendant having been arrested on **2/17/16** and having appeared before the court for initial appearance on **2/18/16** and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

      **ORDERED** as follows:

1. *Will hire own Attorney (Orlando)*

appeared as permanent/temporary counsel of record.

Address:_____

Zip Code: _____ Telephone: _____

2. _____ :_____

appointed as permanent counsel of record.

Address: _____

Zip Code: _____ Telephone: __ _____

3. **The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____ before Judge   Duto      .** *Waived Removal*

4. **Arraignment/Preliminary/Removal/Identity hearing is set for_____ at 11:00 AM Before Duty Magistrate Judge** _____

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because_____ A **Detention**/Bond **hearing**, pursuant to 18 U.S.C. Section 3142(f), is set for *Commitment Order Signed*.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142: *Deferred Bond Hearing* This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

_____a. Surrender all passports and travel documents to the Pretrial Services Office and do not obtain passport.

_____b. Report to Pretrial Services as follows:_____as directed;___times a week /month by phone, _____times a week/month___in person; other_____

_____c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

_____d. Maintain or actively seek full time gainful employment.

_____e. Maintain or begin an educational program.

_____f. Avoid all contact with victims of or witnesses to the crimes charged.

_____g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

_____h. Comply with the following curfew:_____

14

_____i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

_____j.  Comply  with  the  following  additional  special  conditions  of  this  bond:

_____

bond was set: At Arrest _____
             On Warrant _____
             After Hearing _____

If  bond is changed from that set in another District, the reason pursuant to Rule 40(f) is_____
_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the   conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and   revocation of release and to various civil and criminal sanctions for any violation of those conditions.   These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED**   at Fort Lauderdale, Florida this 18th day of February, 2016.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record

**UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT MINUTES****

**U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 110**

DEFT:    ABDULLAH HAMIDULLAH (J)#12988-104          CASE NO:    16-6062-SELTZER

AUSA:    D. CHASE (S. BEHNKE DUTY)          ATTY:

USPO:          VIOL:

                                                                          18: USC 1591, 1594

PROCEEDING:    INITIAL APPEARANCE ON REMOVAL          RECOMMENDED BOND:
                              FROM MD/FL ORLANDO DIVISION

BOND/PTD    HEARING HELD - yes / no          COUNSEL APPOINTED:

BOND SET @:    **NO BOND HEARING**          To be cosigned by:

❏          All standard conditions                    **GOVERNMENT MOVES TO UNSEAL INDICTMENT**

❏          Do not encumber   property**.**          **COURT GRANTS ORE TENUS MOTION. ORDER SIGNED**

❏          Surrender and / or do not obtain passports / travel documents.          **DEFENDANT ADVISED OF CHARGES. WISHES TO WAIVE**

❏          Rpt to PTS as directed /   or_ x's a week/month by phone; _
            x's a week/month in person.          **REMOVAL HEARING. SIGNED WAIVER. DEFERS BOND**

❏          Random   urine testing by Pretrial Services.   _____
            Treatment as deemed necessary.          **HEARING UNTIL HIS RETURN TO MD/FL ORLANDO**

❏          Maintain or seek full - time employment.          **COURT FINDS GOOD CAUSE. NO BOND HEARING HELD**

❏          No contact with victims / witnesses.          **COMMITMENT ORDER SIGNED.**

❏          No firearms.

❏          Curfew/Electronic Monitoring:

❏          Travel extended to:

❏          Other:

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|

REPORT   RE COUNSEL:

PTD/BOND HEARING:

PRELIM/**ARRAIGN** OR REMOVAL:

STATUS RE HEARING:

DATE:    **2/18/2016**    TIME:    **11:00AM**    FTL/TAPE/#          Begin
                                                          BSS-
                                                                                DAR:

**[15 MINS]**          **11:05:01 RECALLED 11:22:55**

# UNITED STATES DISTRICT COURT
## FOR THE

### SOUTHERN DISTRICT OF FLORIDA

Case No: 16-6062-SELTZER
Your Case No: 16-CR-27—ORL-41-KRS

**United States of America**

vs

**WAIVER OF REMOVAL HEARING**

**Abdullah Hamidullah,**

I , **Abdullah Hamidullah** charged in a proceeding on a **Indictment filed in the Middle District of Florida (Orlando) charged with 18:USC 1594(c), 18: USC 1591(a) 18:USC 2421, 18:USC 2422(a)and** having been arrested in the **Southern District of Florida (Fort Lauderdale)** and taken before **United States Magistrate Judge Barry S. Seltzer,** for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a removal hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned Magistrate Judge and consent to the issuance of a Warrant for my Removal to the **Middle District of Florida (Orlando Division)** where the aforesaid charge is pending against me.

February 18th, 2016

_____
Signature of defendant

Barry S. Seltzer
United States Magistrate Judge (2/18/16)

cc: All Counsel

17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    <u>Plaintiff</u>

vs                               **Case No:** <u>16-6062-SELTZER</u>

ABDULLAH HAMIDULLAH,

    <u>Defendants</u>

## O R D E R

    THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED INDICTMENT filed in the Middle District of Florida .

    UPON ORAL motion of the government in open court that the case be unsealed, it is hereby

    ORDERED AND ADJUDGED that the SEALED INDICTMENT filed in the Middle District of Florida be unsealed as to all parties.

    DONE AND ORDERED at Fort Lauderdale, Florida this 18th day of February, 2016.

                           BARRY S. SELTZER
                           UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record

✎ AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

SOUTHERN     District of     FLORIDA

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
|---|---|
| vs. | DISTRICT |
| ABDULLAH HAMIDULLAH | |
| | 16-6062-SELTZER |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| MIDDLE DISTRICT OF FLORIDA | 6:16-CR-27-ORL-41-KRS | SOUTHERN DISTRICT OF FLORIDA | 16-6062-SELTZER |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment    ☐ Information    ☐ Complaint    ☐ PETITION

charging a violation of   18      **U.S.C.** §1591(c), 1591(a) and 2421, 2422(a)

**DISTRICT OF OFFENSE:**

MIDDLE DISTRICT OF FLORIDA (ORLANDO DIVISION)

**AFFECTING INTERSTATE AND FOREIGN COMMERCE, TO KNOWINGLY RECRUIT, ENTICE, HARBOR, TRANSPORT, THREATS FORCE, FRAUD, AND COERCION TO ENGAGE IN A COMMERCIAL SEX ACT, AND FROM FLORIDA TO WASHINGTON DC WITH THE INTENT THAT A.W. L.P. T.R. ENGAGE IN PROSTITUTION**

**CURRENT BOND STATUS:**

☐ Bail fixed at           and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel    Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?** ☐ No    Yes    Language: ENGLISH

SOUTHERN DISTRICT OF FLORIDA

TO: THE UNITED STATES MARSHAL

     You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____        _____
Date                 United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |