UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:16-cr-27-Orl-41KRS

**ABDULLAH HAMIDULLAH (1)** and
**CHRISTINA LYNN DAVIS (2)**

AUSA: Dan Irick for
Ilianys Rivera
Defense Attorney: (1) Whitney S. Boan
Lawrence G. Walters
(2) Mark O'Mara

| JUDGE: | **THOMAS B. SMITH**<br>United States<br>Magistrate Judge | DATE AND TIME:<br><br>TOTAL TIME: | **March 9, 2016**<br>3:16 P.M.- 3:33 P.M.<br>17 minutes |
|---|---|---|---|
| DEPUTY CLERK: | Trish LeGros | RECORDING: | Digital |
| INTERPRETER: | N/A | PRETRIAL: | Candice Bunk/Ivette Suarez |

### CLERK'S MINUTES
### IN-DISTRICT INITIAL APPEARANCE AND ARRAIGNMENT
**DEFENDANTS WERE ARRESTED AND IA HELD IN THE SD/FL 2/17/16**

Case called, appearances made, procedural setting by the Court.
Defendants placed under oath.
Defendants have retained counsel.
Court inquires of the defendants as to preliminary matters; No issue as to competency.
Court summarizes the counts in the indictment and advises defendants of their rights.
Government advises of the potential penalties.
Defendants waive formal publication of Indictment and enter pleas of not guilty.
Government is seeking detention and requests continuance for detention hearing.
Defendant (1) moves for release; Motion to follow.
Detention hearing set for 2:00 pm, Monday 3/14/16 before Judge Baker in Courtroom 6D; Order to enter.
Court sets trial term of 5/2/16 before Judge Mendoza; Criminal Scheduling Order to enter.

Court adjourned.