AO 442 (Rev.11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida UN SEALED

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 6:16-cr-27-Orl-41-KRS |
| ABDULLAH HAMIDULLAH ) | |
| a/k/a Abdullah Hamid ) | |
| a/k/a Abdullah Al Hamid ) | |
| a/k/a Supafly ) | |
| _Defendant_ | |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ABDULLAH HAMIDULLAH, a/k/a Abdullah Hamid, a/k/a Abdullah Al Hamid, a/k/a Supafly

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Sex trafficking and conspiracy to commit sex trafficking, in violation of 18 U.S.C. §§ 1591 and 1594.

Transportation of an individual in interstate commerce with the intent that such individual engage in prostitution, in violation of 18 U.S.C. § 2421.

Enticement of an individual to travel in interstate commerce with the intent that such individual engage in prostitution, in violation of 18 U.S.C. § 2422(a).

Date: 2-10-16

L. Moyen, Docket Clerk
_Issuing officer's signature_

City and state: Orlando, FL

SHERYL L. LOESCH, Clerk, United States District Court
_Printed name and title_

### Return

This warrant was received on *(date)* 02/10/2016, and the person was arrested on *(date)* 02/17/2017
at *(city and state)* Ft. Lauderdale, FL

Date: _____

Autry Pearson for ICE
_Arresting officer's signature_

Antry Pearson, Deputy U.S. Marshal
_Printed name and title_