UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,       CASE NO.:    6:16-cr-27-Orl-41KRS

    Plaintiff
v.

ABDULLAH HAMIDULLAH,

    Defendant.
_____/

## NOTICE OF APPEAL

NOTICE is hereby given that the Defendant, ABDULLAH HAMIDULLAH, hereby appeals to the United States Court of Appeal for the Eleventh Circuit from the Judgment and Sentence entered by this Court on February 27, 2017.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2017; I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will then send a notice of electronic filing to the following:

Ilianys Miranda, Assistant U.S. Attorney, ilianys.rivera@usdoj.gov
William Nolan, Trial Attorney, USDOJ Civil Rights Division, William.Nolan@usdoj.gov;
Lawrence Walters, Co-Counsel for Abdullah Hamidullah, larry@firstamendment.com;

                                                                                            */S/ Whitney S. Boan*_____
                                              WHITNEY S. BOAN, ESQ.
                                              Whitney S. Boan, P.A.
                                              Florida Bar No.: 0744921
                                              Attorney for Defendant
                                              390 N. Orange Avenue
                                              Suite 2300
                                              Orlando, FL 32801
                                              Phone: (407) 413-9569
                                              Fax: (407) 205-0071
                                              E-Mail: whitney@boanlaw.com