# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Sheryl L. Loesch
Clerk                                                                                    Orlando Division Manager

**DATE:** March 3, 2017

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

## UNITED STATES OF AMERICA

## VS.                                                        CASE NO: 6:16-cr-27-Orl-41KRS

## ABDULLAH HAMIDULLAH

U.S.C.A. Case No.:         \*\*\*USCA Case Number TE\*\*\*

- Honorable Carlos E. Mendoza, United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals. If you are filing in forma pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Copy of Notice of Appeal, docket entries, judgment and/or order appealed from.

SHERYL L. LOESCH, CLERK

By:    s/J. Thigpen, Deputy Clerk

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA,   CASE NO.:   6:16-cr-27-Orl-41KRS

    Plaintiff

v.

ABDULLAH HAMIDULLAH,

    Defendant.
_____/

## NOTICE OF APPEAL

NOTICE is hereby given that the Defendant, ABDULLAH HAMIDULLAH, hereby appeals to the United States Court of Appeal for the Eleventh Circuit from the Judgment and Sentence entered by this Court on February 27, 2017.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2017; I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will then send a notice of electronic filing to the following:

Ilianys Miranda, Assistant U.S. Attorney, ilianys.rivera@usdoj.gov
William Nolan, Trial Attorney, USDOJ Civil Rights Division, William.Nolan@usdoj.gov;
Lawrence Walters, Co-Counsel for Abdullah Hamidullah, larry@firstamendment.com;

        */S/ Whitney S. Boan*
        WHITNEY S. BOAN, ESQ.
        Whitney S. Boan, P.A.
        Florida Bar No.: 0744921
        Attorney for Defendant
        390 N. Orange Avenue
        Suite 2300
        Orlando, FL 32801
        Phone: (407) 413-9569
        Fax: (407) 205-0071
        E-Mail: whitney@boanlaw.com

# U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:16-cr-00027-CEM-KRS-1

| | |
|---|---|
| Case title: USA v. Hamidullah et al | Date Filed: 02/10/2016 |
| | Date Terminated: 02/23/2017 |

Assigned to: Judge Carlos E. Mendoza
Referred to: Magistrate Judge Karla R. Spaulding

### Defendant (1)

| | | |
|---|---|---|
| **Abdullah Hamidullah**<br>*TERMINATED: 02/23/2017*<br>*also known as*<br>Abdullah Hamid<br>*TERMINATED: 02/23/2017*<br>*also known as*<br>Abdullah Al Hamid<br>*TERMINATED: 02/23/2017*<br>*also known as*<br>Supafly<br>*TERMINATED: 02/23/2017* | represented by | **Whitney S. Boan**<br>Whitney S. Boan, PA<br>390 N Orange Ave Ste 2300<br>Orlando, FL 32801-1684<br>407-413-9569<br>Fax: 407-205-0071<br>Email: whitney.boan@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Lawrence G. Walters**<br>Walters Law Group<br>195 W Pine Ave<br>Longwood, FL 32750-4104<br>407/975-9150<br>Fax: 407/774-6151<br>Email: larry@firstamendment.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1591.F SEX TRAFFICKING BY FORCE, FRAUD OR COERCION (Transportation of an individual in interstate commerce with the intent that such individual engage in prostitution) (2) | Imprisonment: Total 482 months, which consists of terms of 180 months on Ct. Two and 120 months on Ct. Three, all such terms to run concurrently, 151 months on Cts. Four and Five, to run consecutively to each other and consecutively to Cts. Two and Three. Supervised release: Life on each of Counts Two through Five, to run |

| | |
|---|---|
| | concurrently. Court recommends deft. be incarcerated at FCI Petersburg, VA. Mandatory drug testing requirements are imposed. Special conditions of supervised release: Deft. is prohibited from incurring new credit charges, opening additional lines of credit and shall provide probation access to any requested financial information; Sex and search conditions imposed; Cooperate in the collection of DNA. Fine: Waived; Special assessment: $400.00. Restitution is deferred pending a hearing on 5/18/17 |
| 18:2421.F TRANSPORTING FOR PROSTITUTION (transportation of an individual in interstate commerce with the intent that such individual engage in prostitution)<br>(3) | Imprisonment: Total 482 months, which consists of terms of 180 months on Ct. Two and 120 months on Ct. Three, all such terms to run concurrently, 151 months on Cts. Four and Five, to run consecutively to each other and consecutively to Cts. Two and Three. Supervised release: Life on each of Counts Two through Five, to run concurrently. Court recommends deft. be incarcerated at FCI Petersburg, VA. Mandatory drug testing requirements are imposed. Special conditions of supervised release: Deft. is prohibited from incurring new credit charges, opening additional lines of credit and shall provide probation access to any requested financial information; Sex and search conditions imposed; Cooperate in the collection of DNA. Fine: Waived; Special assessment: $400.00. Restitution is deferred pending a hearing on 5/18/17 |
| 18:2422.F COERCION OR ENTICEMENT (Enticement of an individual to travel in interstate commerce with the intent that such individual engage in prostitution)<br>(4-5) | Imprisonment: Total 482 months, which consists of terms of 180 months on Ct. Two and 120 months on Ct. Three, all such terms to run concurrently, 151 months on Cts. Four and Five, to run consecutively to each other and consecutively to Cts. Two and Three. Supervised release: Life on each of Counts Two through Five, to run concurrently. Court recommends deft. be incarcerated at FCI Petersburg, VA. Mandatory drug testing requirements are imposed. Special conditions of supervised |

|  |  |
|---|---|
|  | release: Deft. is prohibited from incurring new credit charges, opening additional lines of credit and shall provide probation access to any requested financial information; Sex and search conditions imposed; Cooperate in the collection of DNA. Fine: Waived; Special assessment: $400.00. Restitution is deferred pending a hearing on 5/18/17 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1594.F FORFEITURE (sex trafficking and conspiracy to commit sex trafficking) (1) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Third Party Custodian**

**John Davis**
4509 Tina Lane
Plant City, FL 33563

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Ilianys Rivera Miranda** US Attorney's Office - FLM Suite 3100 400 W Washington St Orlando, FL 32801 407/648-7591 Fax: 407/648-7643 Email: ilianys.rivera@usdoj.gov *LEAD ATTORNEY* *ATTORNEY татьBE NOTICED* |

*Designation:* Retained

**William Edward Nolan**
US Department of Justice - Civil Division
950 Pennsylvania Ave NW
Washington, DC 20530
202/353-8560
Fax: 202/514-8336
Email: William.Nolan@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation:* Retained

| Date Filed | # | Docket Text |
|---|---|---|
| 02/10/2016 | 1 | INDICTMENT returned in open court as to Abdullah Hamidullah (1) count(s) 1, 2, 3, 4-5, Christina Lynn Davis (2) count(s) 6, 7. (LMM) (Entered: 02/19/2016) |
| 02/10/2016 | 2 | MOTION to Seal Indictment and Related Documents by USA as to Abdullah Hamidullah, Christina Lynn Davis. (LMM) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 02/19/2016) |
| 02/10/2016 | 3 | **ORDER granting 2 Motion to Seal as to Abdullah Hamidullah (1), Christina Lynn Davis (2). Signed by Magistrate Judge Karla R. Spaulding on 2/10/2016. (LMM)** (Entered: 02/19/2016) |
| 02/17/2016 |  | Arrest of Abdullah Hamidullah in Southern District of Florida. (LMM) (Entered: 02/19/2016) |
| 02/18/2016 | 6 | Rule 5(c)(3) Documents Received from Southern District of Florida as to Abdullah Hamidullah. (RULE 5(C)(3)). (LMM) (Entered: 02/19/2016) |
| 02/18/2016 | 8 | Initial appearance on Rule 5(c)3 as to Abdullah Hamidullah held on 2/18/16 in District of Southern District of Florida (RULE 5(C)(3)). (LMM) (Entered: 02/19/2016) |
| 02/18/2016 | 10 | COMMITMENT TO ANOTHER DISTRICT signed by Magistrate Judge Barry S. Seltzer on 2/18/16 in the Southern District of Florida. Defendant in custody. (RULE 5(C)(3)). (LMM) (Entered: 02/19/2016) |
| 02/22/2016 | 12 | NOTICE OF ATTORNEY APPEARANCE Ilianys Rivera Miranda appearing for USA. (Miranda, Ilianys) (Entered: 02/22/2016) |
| 02/22/2016 | 13 | NOTICE of possible conflict of interest by USA as to Abdullah Hamidullah, Christina Lynn Davis No conflict of interest. (Miranda, Ilianys) (Entered: 02/22/2016) |
| 02/22/2016 | 14 | NOTICE of estimated length of trial by USA. Estimated trial length: five days. (Miranda, Ilianys) (Entered: 02/22/2016) |
| 02/22/2016 | 15 | CERTIFICATE of interested persons and corporate disclosure statement by USA (Miranda, Ilianys) (Entered: 02/22/2016) |
| 02/23/2016 | 17 | NOTICE OF ATTORNEY APPEARANCE William Edward Nolan appearing for USA. (Nolan, William) (Entered: 02/23/2016) |

| | | |
|---|---|---|
| 02/29/2016 | 18 | NOTICE OF ATTORNEY APPEARANCE: Whitney S. Boan appearing for Abdullah Hamidullah (Boan, Whitney) (Entered: 02/29/2016) |
| 02/29/2016 | 19 | NOTICE OF ATTORNEY APPEARANCE: Lawrence G. Walters appearing for Abdullah Hamidullah (Walters, Lawrence) (Entered: 02/29/2016) |
| 03/07/2016 | 20 | NOTICE of pendency of related cases re order of compliance to Local Rule as to Abdullah Hamidullah, Christina Lynn Davis by USA. Related case(s): no (Miranda, Ilianys) (Entered: 03/07/2016) |
| 03/09/2016 | 21 | Minute Entry for proceedings held before Magistrate Judge Thomas B. Smith: Initial Appearance as to Abdullah Hamidullah, Christina Lynn Davis held on 3/9/2016, ARRAIGNMENT as to Abdullah Hamidullah (1) Count 1, 2, 3, 4-5 and Christina Lynn Davis (2) Count 6, 7 held on 3/9/2016 Defendant(s) pled not guilty. (Digital) (PML) (Entered: 03/09/2016) |
| 03/09/2016 | 22 | **SCHEDULING ORDER as to Abdullah Hamidullah and Christina Lynn Davis; Status Conference set for 4/21/2016 at 9:30 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza, Jury Trial set for 5/2/2016 at 8:30 AM before Judge Carlos E. Mendoza. Signed by Magistrate Judge Thomas B. Smith on 3/9/2016. ctp.(PML)** (Entered: 03/09/2016) |
| 03/09/2016 | 23 | **ORDER OF TEMPORARY DETENTION as to Abdullah Hamidullah and Christina Lynn Davis; Detention Hearing set for 3/14/2016 at 2:00 PM in Orlando Courtroom 6 D before Magistrate Judge David A. Baker. Signed by Magistrate Judge Thomas B. Smith on 3/9/2016. ctp.(PML)** (Entered: 03/09/2016) |
| 03/09/2016 | 24 | Objection to Detention Hearing and MOTION for Immediate Release from Custody by Abdullah Hamidullah. (Boan, Whitney) Modified on 3/10/2016 (LMM). (Entered: 03/09/2016) |
| 03/09/2016 | 25 | NOTICE TO COUNSEL: Please be advised that audio for the Initial Appearance held in the Southern District of Florida- Ft. Lauderdale, on 2/18/16 as to Abdullah Hamidullah and Christina Lynn Davis is not available. A transcript of the hearing may be ordered through the Ft. Lauderdale Clerk's Office. (PML) (Entered: 03/09/2016) |
| 03/10/2016 | 26 | MOTION to Strike *Defendant's Objection to Detention Hearing and Motion for Immediate Release* by USA as to Abdullah Hamidullah. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Miranda, Ilianys) (Entered: 03/10/2016) |
| 03/10/2016 | 27 | CERTIFICATE of compliance with MD Local Rule 3.01(g) by Abdullah Hamidullah with 24 Objection to Detention Hearing and MOTION for Immediate Release from Custody filed by Abdullah Hamidullah (Boan, Whitney) Modified on 3/11/2016 (LMM). (Entered: 03/10/2016) |
| 03/11/2016 | 28 | NOTICE *of Filing Transcript of Proceedings* by Abdullah Hamidullah re 24 Objection to Detention Hearing and MOTION for Immediate Release from Custody. (Attachments: # 1 Main Document Transcript)(Walters, Lawrence) (Entered: 03/11/2016) |
| 03/11/2016 | 29 | RESPONSE in Opposition by USA as to Abdullah Hamidullah re 24 Objection to Detention Hearing and MOTION for Immediate Release from Custody *and Motion to* |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | *Supplement Motion to Strike (Doc. 26)* (Attachments: # 1 Exhibit 1)(Miranda, Ilianys) (Entered: 03/11/2016)                                                                                                                                                                                                                                                                                                                                                                      |
| 03/13/2016 | 30 | RESPONSE to Motion re 26 MOTION to Strike *Defendant's Objection to Detention Hearing and Motion for Immediate Release* by Abdullah Hamidullah. (Boan, Whitney) (Entered: 03/13/2016)                                                                                                                                                                                                                                                                                             |
| 03/13/2016 | 31 | MEMORANDUM in opposition by Abdullah Hamidullah re 21 Initial AppearanceArraignment *and Government's ore tenus motion for detention* (Boan, Whitney) (Entered: 03/13/2016)                                                                                                                                                                                                                                                                                                       |
| 03/14/2016 | 33 | Minute Entry for proceedings held before Magistrate Judge David A. Baker: Detention Hearing as to Abdullah Hamidullah, Christina Lynn Davis held on 3/15/2016. (Digital) (CH) (Additional attachment(s) added on 3/16/2016: # 1 Exhibit List for Abdullah Hanidullah) (CH).(Additional attachment(s) added on 10/14/2016: # 2 Exhibit 1, # 3 Exhibit 2) (AKJ). Modified on 10/14/2016 (AKJ). (Entered: 03/15/2016)                                                                  |
| 03/15/2016 | 32 | **ENDORSED ORDER denying 24 Motion for Release from Custody as to Abdullah Hamidullah (1); denying 26 Motion to Strike as to Abdullah Hamidullah (1). Signed by Magistrate Judge David A. Baker on 3/15/2016. (Baker, David)** (Entered: 03/15/2016)                                                                                                                                                                                                                              |
| 03/15/2016 | 34 | ARREST Warrant Returned Executed on 2/17/16 as to Abdullah Hamidullah. (JET) (Entered: 03/16/2016)                                                                                                                                                                                                                                                                                                                                                                                |
| 03/16/2016 | 36 | **ORDER OF DETENTION PENDING TRIAL as to Abdullah Hamidullah Signed by Magistrate Judge David A. Baker on 3/16/2016. (CH) (CTP)** (Entered: 03/16/2016)                                                                                                                                                                                                                                                                                                                           |
| 03/18/2016 | 38 | TRANSCRIPT of Detention Hearing as to Abdullah Hamidullah, Christina Lynn Davis held on March 14, 2016 before Judge David A. Baker. Court Reporter/Transcriber Bill Jones, Telephone number 813-301-5024. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 4/8/2016, Redacted Transcript Deadline set for 4/18/2016, Release of Transcript Restriction set for 6/16/2016. (HWJ) (Entered: 03/18/2016) |
| 03/18/2016 | 39 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal as to Abdullah Hamidullah, Christina Lynn Davis. Court Reporter: Bill Jones (HWJ) (Entered: 03/18/2016) |
| 03/25/2016 | 40 | MOTION to Continue All Deadlines, Status Conference and trial with waiver of speedy trial by Abdullah Hamidullah. (Boan, Whitney) Modified on 3/28/2016 (LMM). (Entered: 03/25/2016)                                                                                                                                                                                                                                                                                              |

| | | | |
|---|---|---|---|
| 03/25/2016 | 41 | | WAIVER of speedy trial through August 31, 2016 by Abdullah Hamidullah (Boan, Whitney) (Entered: 03/25/2016) |
| 03/29/2016 | 42 | | NOTICE OF TELEPHONIC HEARING ON MOTION in case as to Abdullah Hamidullah, Christina Lynn Davis: 40 MOTION to Continue All Deadlines, Status Conference and trial with waiver of speedy trial. Telephonic Motion Hearing set for 3/31/2016 at 09:30 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. Counsel for both defendants should be present at telephone conference. Counsel shall call the Courtroom Deputy Clerk at (407) 835-4304 by 5:00 p.m. on Wednesday, March 30, 2016 to advise of a phone number where they can be reached for the conference. CTP(DJD) (Entered: 03/29/2016) |
| 03/31/2016 | 46 | | Minute Entry for proceedings held before Judge Carlos E. Mendoza: Granting 40 Motion to Continue trial and all deadlines as to Abdullah Hamidullah; Granting 43 Motion to Continue trial and all deadlines as to Christina Lynn Davis; Motion Hearing as to Abdullah Hamidullah, Christina Lynn Davis held on 3/31/2016 - re 43 Unopposed MOTION to Continue trial filed by Christina Lynn Davis, 40 MOTION to Continue All Deadlines, Status Conference and trial with waiver of speedy trial filed by Abdullah Hamidullah. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the hearing, the Court finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today 3/31/16 until the end of the July 2016 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h). Court continues trial to the July 2016 trial term with the criminal status conference set on June 16, 2016 at 9:30 a.m.Pretrial deadlines are extended to June 15, 2016. Rendered in Open Court by Judge Carlos E. Mendoza on March 31, 2016. Court Reporter: Koretta Stanford (DJD) (Entered: 04/01/2016) |
| 03/31/2016 | | | Reset Deadlines/Hearings as to Abdullah Hamidullah, Christina Lynn Davis:, Jury Trial term commencing on 7/1/2016 at 08:30 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. Criminal Status set for 6/16/2016 at 09:30 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza (MAL) (Entered: 04/14/2016) |
| 05/11/2016 | 47 | | PLEA AGREEMENT re: count(s) Two, Three, Four, and Five of the Indictment as to Abdullah Hamidullah (Miranda, Ilianys) (Entered: 05/11/2016) |
| 05/12/2016 | 48 | | NOTICE OF HEARING as to Abdullah Hamidullah: Change of Plea Hearing set for 6/16/2016 at 09:00 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. Defendant's Presence is Required. CTP(DJD) (Entered: 05/12/2016) |
| 05/26/2016 | 49 | | NOTICE OF RESCHEDULING HEARING: The Change of Plea hearing previously scheduled for June 16, 2016 is rescheduled as to Abdullah Hamidullah. New hearing date and time: Change of Plea Hearing set for 6/22/2016 at 09:30 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. CTP(DJD) (Entered: 05/26/2016) |
| 06/08/2016 | 53 | | Unopposed MOTION to Expedite *Change of Plea Hearing and Status Conference* by Abdullah Hamidullah. (Boan, Whitney) Motions no longer referred to Magistrate Judge Karla R. Spaulding. Modified on 6/9/2016 (JET). (Entered: 06/08/2016) |

| | | |
|---|---|---|
| 06/09/2016 | 54 | NOTICE canceling Criminal Status Conference hearing scheduled for June 16th and June 23, 2016 as to Abdullah Hamidullah, Christina Lynn Davis. CTP (DJD) (Entered: 06/09/2016) |
| 06/14/2016 | 55 | **ENDORSED ORDER granting 53 Motion to Expedite change of plea hearing as to Abdullah Hamidullah. The Court will reschedule the change of plea hearing by separate notice. Signed by Judge Carlos E. Mendoza on 6/14/2016. (DJD)** (Entered: 06/14/2016) |
| 06/14/2016 | 56 | NOTICE OF RESCHEDULING HEARING: The Change of Plea hearing previously scheduled for June 22, 2016 is rescheduled as to Abdullah Hamidullah. New hearing date and time: Change of Plea Hearing set for 6/17/2016 at 09:00 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. Defendant's Presence is Required. CTP(DJD) (Entered: 06/14/2016) |
| 06/17/2016 | 57 | Minute Entry for proceedings held before Judge Carlos E. Mendoza: Change of Plea Hearing as to Abdullah Hamidullah held on 6/17/2016. Defendant proffered a plea of guilty to Counts 2, 3, 4 and 5; Court accepts plea and adjudicates defendant guilty of Counts 2, 3, 4 and 5 of the indictment. Court Reporter: Diane Peede (DJD) (Entered: 06/17/2016) |
| 06/17/2016 | 58 | NOTICE OF HEARING as to Abdullah Hamidullah: Sentencing set for 9/15/2016 at 09:00AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. All Objections to the Pre-Sentence Report or Motions pertaining thereto shall be in writing and filed no later than 9/8/16. Counsel is to notify the Courtroom Deputy Clerk as soon as possible if they believe the sentencing will be longer than 15 minutes. CTP(DJD) (Entered: 06/17/2016) |
| 08/17/2016 | 71 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Sentencing hearing previously scheduled for September 15, 2016 is rescheduled as to Abdullah Hamidullah. New hearing time: Sentencing set for 9/15/2016 at 08:30AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. (DJD) ctp (Entered: 08/17/2016) |
| 08/22/2016 | | Sealed Document S-72. (JET) (Entered: 08/24/2016) |
| 08/23/2016 | | Sealed Document S-73. (JET) (Entered: 08/24/2016) |
| 08/24/2016 | | Sealed Document S-74. (JET) (Entered: 08/24/2016) |
| 08/24/2016 | 75 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for September 15, 2016 is rescheduled as to Abdullah Hamidullah. New hearing date and time:Sentencing set for 10/6/2016 at 02:00PM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. (DJD) ctp (Entered: 08/24/2016) |
| 09/15/2016 | | Sealed Document S-80. (JET) (Entered: 09/22/2016) |
| 09/22/2016 | | Sealed Document S-81. (JET) (Entered: 09/22/2016) |
| 09/22/2016 | 82 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for October 6, 2016 is rescheduled as to Abdullah Hamidullah. New hearing date and time:Sentencing set for 11/22/2016 at 10:00AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. (DJD) ctp (Entered: 09/22/2016) |

| | | |
|---|---|---|
| 10/28/2016 | | Sealed Document S-85. (JET) (Entered: 11/01/2016) |
| 11/01/2016 | | Sealed Document S-86. (JET) (Entered: 11/01/2016) |
| 11/02/2016 | 87 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for November 22, 2016 is rescheduled as to Abdullah Hamidullah. New hearing date and time:Sentencing set for 2/23/2017 at 09:00AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. (DJD) ctp (Entered: 11/02/2016) |
| 02/03/2017 | | Sealed Document S-88 (GJS) (Entered: 02/03/2017) |
| 02/09/2017 | | Sealed Document S-90. (DJD) (Entered: 02/09/2017) |
| 02/09/2017 | | Sealed Document S-91. (DJD) (Entered: 02/09/2017) |
| 02/14/2017 | | Sealed Document S-92. (JET) (Entered: 02/27/2017) |
| 02/16/2017 | 95 | SENTENCING MEMORANDUM by Abdullah Hamidullah (Attachments: # 1 Exhibit C)(Walters, Lawrence) Modified on 2/17/2017 (JET). (Entered: 02/16/2017) |
| 02/17/2017 | | Sealed Document S-96. (JET) (Entered: 02/17/2017) |
| 02/17/2017 | | Sealed Document S-97. (JET) (Entered: 02/17/2017) |
| 02/23/2017 | 99 | Minute Entry for proceedings held before Judge Carlos E. Mendoza: Granting 92 MOTION to recognize defendant's substantial assistance pursuant to Rule 5k1.1 as to Abdullah Hamidullah - One level; SENTENCING held on 2/23/2017 for Abdullah Hamidullah - Count 1 is Dismissed; Counts 2, 3, 4-5 - Imprisonment: Total 482 months, which consists of terms of 180 months on Ct. Two and 120 months on Ct. Three, all such terms to run concurrently, 151 months on Cts. Four and Five, to run consecutively to each other and consecutively to Cts. Two and Three. Supervised release: Life on each of Counts Two through Five, to run concurrently. Court recommends deft. be incarcerated at FCI Petersburg, VA. Mandatory drug testing requirements are imposed. Special conditions of supervised release: Deft. is prohibited from incurring new credit charges, opening additional lines of credit and shall provide probation access to any requested financial information; Sex and search conditions imposed; Cooperate in the collection of DNA. Fine: Waived; Special assessment: $400.00. Restitution is deferred pending a hearing on 5/18/17. Court Reporter: Sandy Tremel (DJD) (Entered: 02/24/2017) |
| 02/23/2017 | 100 | NOTICE OF HEARING as to Abdullah Hamidullah: Restitution Hearing set for 5/18/2017 at 9:00 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. (DJD) ctp (Entered: 02/24/2017) |
| 02/27/2017 | 101 | **JUDGMENT as to Abdullah Hamidullah - Count 1 is Dismissed; Counts 2 through 5 - Imprisonment: Total 482 months, which consists of terms of 180 months on Ct. Two and 120 months on Ct. Three, all such terms to run concurrently, 151 months on Cts. Four and Five, to run consecutively to each other and consecutively to Cts. Two and Three. Supervised release: Life on each of Counts Two through Five, to run concurrently. Court recommends deft. be incarcerated at FCI Petersburg, VA. Mandatory drug testing requirements are imposed. Special conditions of supervised release: Deft. is prohibited from** |

| | | |
|---|---|---|
| | | **incurring new credit charges, opening additional lines of credit and shall provide probation access to any requested financial information; Sex and search conditions imposed; Cooperate in the collection of DNA. Fine: Waived; Special assessment: $400.00. Restitution is deferred pending a hearing on 5/18/17. Signed by Judge Carlos E. Mendoza on 2/24/2017. (DJD) ctp** (Entered: 02/27/2017) |
| 02/27/2017 | | Sealed Document S-103. (JET) (Entered: 02/27/2017) |
| 02/27/2017 | | Sealed Document S-104. (JET) (Entered: 02/27/2017) |
| 03/02/2017 | 105 | NOTICE OF APPEAL by Abdullah Hamidullah re 101 Judgment Filing fee not paid. (Boan, Whitney) (Entered: 03/02/2017) |
| 03/02/2017 | 106 | MOTION to Appoint Counsel under CJA by Abdullah Hamidullah. (Attachments: # 1 Exhibit A)(Boan, Whitney) Motions referred to Magistrate Judge Karla R. Spaulding. Modified on 3/3/2017 (JET). (Entered: 03/02/2017) |
| 03/02/2017 | 107 | MOTION to Withdraw as Attorney *for Abdullah Hamidullah* by Whitney Boan. by Abdullah Hamidullah. (Attachments: # 1 Exhibit A)(Boan, Whitney) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 03/02/2017) |
| 03/03/2017 | 108 | **ORDER as to Abdullah Hamidullah re 107 MOTION to Withdraw as Attorney *for Abdullah Hamidullah*. It is ORDERED that, on or before March 7, 2017, counsel may submit the fee agreement to the Clerk of Court for in camera review by the undersigned or contact Edward Jackson, my courtroom deputy clerk, at 407/835-5809 to ask him to schedule a hearing on the motion during which counsel can advise the Court, in camera, about their fee arrangements with Abudllah Hamidullah in this case. Signed by Magistrate Judge Karla R. Spaulding on 3/3/2017. (ECJ)** (Entered: 03/03/2017) |
| 03/03/2017 | 109 | TRANSCRIPT of sentencing as to Abdullah Hamidullah held on 2-23-17 before Judge Carlos E. Mendoza. Court Reporter Sandy Tremel, Telephone number sandy.tremel@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 3/24/2017, Redacted Transcript Deadline set for 4/3/2017, Release of Transcript Restriction set for 6/1/2017. (SKT) (Entered: 03/03/2017) |
| 03/03/2017 | 110 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal as to Abdullah Hamidullah. Court Reporter: Sandy Tremel (SKT) (Entered: 03/03/2017) |
| 03/03/2017 | 111 | MOTION for Lawrence G. Walters to Withdraw as Attorney *for Abdullah Hamidullah* filed by Abdullah Hamidullah. (Walters, Lawrence) Motions referred to Magistrate Judge Karla R. Spaulding. Modified on 3/3/2017 (JET). (Entered: 03/03/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/03/2017 14:10:24 | | | |
| **PACER Login:** | ux2397:2932585:3956495 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:16-cr-00027-CEM-KRS |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v

ABDULLAH HAMIDULLAH
a/k/a Abdullah Hamid
a/k/a Abdullah Al Hamid
a/k/a Supafly

Case Number: 6:16-cr-27-Orl-41KRS

USM Number: 12988-104

Whitney S. Boan, Retained
390 N Orange Ave Ste 2300
Orlando, FL 32801-1684

and

Lawrence G. Walters
195 W. Pine Avenue
Longwood, FL 32750-4104

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Counts Two, Three, Four, and Five of the Indictment. The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 1591(a) and (b)(1), 1594(a) and 2 | Aiding and Abetting to Engage in Sex Trafficking Through the Use of Force, Threats of Force, Fraud and Coercion | February 2011 | Two |
| 18 U.S.C. §§ 2421 and 2 | Transportation of Another Person in Interstate Commerce with the Intent that the Person Engage in Prostitution or Criminal Sexual Activity and Aiding and Abetting | January 2011 | Three |
| 18 U.S.C. §§ 2422(a) and 2 | Enticement of an Individual to Travel in Interstate Commerce with the Intent that such Individual Engage in Prostitution and Aiding and Abetting | January 2011 | Four and Five |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count One of the Indictment is dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

**Abdullah Hamidullah**
6:16-cr-27-Orl-41KRS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 482 months. This term consists of terms of 180 months on Count Two and 120 months on Count Three, such terms to run concurrently, 151 months on Counts Four and Five, to run consecutively to each other and consecutively to Counts Two and Three.

The Court recommends to the Bureau of Prisons that the defendant be incarcerated at FCI Petersburg, VA to facilitate visitation with family members.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245B (Rev. 11/16) Judgment in a Criminal Case

Abdullah Hamidullah
6:16-cr-27-Orl-41KRS

Date of Imposition of Sentence:

February 23, 2017

_____
CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

February 24, 2017

Abdullah Hamidullah
6:16-cr-27-Orl-41KRS

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of Life on each of Counts Two through Five, all such terms to run concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
4. You must cooperate in the collection of DNA as directed by the probation officer.
5. You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

The defendant shall also comply with the additional conditions as follows.

Abdullah Hamidullah
6:16-cr-27-Orl-41KRS

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when the defendant must report to the probation officer, and the defendant must report to the probation officer as instructed.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within **72 hours**.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature:_____     Date:_____

AO 245B (Rev. 11/16) Judgment in a Criminal Case

Abdullah Hamidullah
6:16-cr-27-Orl-41KRS

# ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the probation officer. The defendant shall provide the probation officer access to any requested financial information.

2. The defendant shall participate in a mental health program specializing in sex offender treatment and submit to polygraph testing for treatment and monitoring purposes. The defendant shall follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.

3. The defendant shall register with the state sexual offender registration agency(s) in any state where he or she resides, visits, is employed, carries on a vocation, or is a student, as directed by the probation officer. The probation officer will provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S.943.0435) and/or the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

4. The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate, including: schools, daycare centers, theme parks, playgrounds, etc.

5. The defendant is prohibited from possessing, subscribing to, or viewing, any video, magazine, or literature depicting children in the nude and/or in sexually explicit positions.

6. Without prior written approval of the probation officer, you are prohibited from either possessing or using a computer (including a smart phone, a hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider. This prohibition includes a computer at a public library, an internet cafe, your place of employment, or an educational facility. Also, you are prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk) or using any data encryption technique or program. If approved to possess or use a device, you must permit routine inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition. The United States Probation Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. If this condition might affect a third party, including your employer, you must inform the third party of this restriction, including the computer inspection provision.

7. The defendant shall submit to a search of his or her person, residence, place of business, any storage units under the defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

8. The defendant shall cooperate in the collection of DNA, as directed by the probation officer.

AO 245B (Rev. 11/16) Judgment in a Criminal Case

Abdullah Hamidullah
6:16-cr-27-Orl-41KRS

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

|  | **Assessment** | **JVTA Assessment [1]** | **Fine** | **Restitution** |
|---|---|---|---|---|
| **TOTALS** | $400.00 |  | $0 | Deferred |

The determination of restitution is deferred until May 18, 2017. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

## SCHEDULE OF PAYMENTS

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk, U.S. District Court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

---

[1] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 11/16) Judgment in a Criminal Case