UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  **Case No: 6:16-cr-27-Orl-41KRS**

**ABDULLAH HAMIDULLAH**
_____/

**RESTITUTION ORDER**

THIS CAUSE is before the Court on the Government's Motion for Restitution ("Motion," Doc. 116), filed March 20, 2017. The Government indicates in the Motion that the parties have reached an agreement on the matter of restitution.

It is therefore **ORDERED** and **ADJUDGED** that the Motion is **GRANTED**.

1. Pursuant to 18 U.S.C. §§ 1593, 3663, 3663A and the Plea Agreement, Defendant Abdullah Hamidullah, for his criminal conduct in the present case, shall make full and complete restitution in the amount of $1,179,000.00 to be divided amongst the victims as follows:

    a. $36,000.00 to A.W.;

    b. $720,000.00 to L.P.;

    c. $27,000.00 to T.R.;

    d. $288,000.00 to J.R.,;

    e. $36,000.00 to S.P.; and

    f. $72,000.00 to B.F.

2. Restitution is payable to the Clerk, U.S. District Court, Middle District of Florida, for distribution to the victims.

3. While in Bureau of Prisons custody Defendant shall either (1) pay at least $25.00 quarterly if Defendant has a non-Unicor job or (2) pay at least 50% of his monthly earnings if Defendant has a Unicor job.

4. Upon release from custody, Defendant is ordered to begin making payments of $100.00 per month and this payment schedule shall continue until such time as the Court is notified by Defendant, any victim, or the Government that there has been a material change in Defendant's ability to pay.

5. The Restitution hearing currently scheduled for May 18, 2017, at 9:00 a.m. is hereby **CANCELLED**.

**DONE** and **ORDERED** in Orlando, Florida on March 27, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record